**William E. NICHOLSON–EL, a/k/a**
**William Eugene Nicholson,**
**Petitioner–Appellant,**

v.

**Joyce K. CONLEY, Doctor,**
**Respondent–Appellee.**

**No. 01–8096.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 25, 2002.

Decided July 18, 2002.

William E. Nicholson–El, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William E. Nicholson–El appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Nicholson–El v. Conley,* No. CA–00–1117–5 (S.D.W.Va. Nov. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*